Floyd W. Bybee, SB 012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Gordon H. Moye and Dawn Kemp-Moye, | No. CV15-0931-PHX-JJT |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Midland Funding LLC, Midland Credit Management, Inc., and Blatt, Hasenmiller, Leibsker & Moore, LLC, | |
| Defendants. | |

Plaintiffs and Defendants hereby stipulate to the dismissal of this action with prejudice, each party to bear its own fees and costs.

/ / /

/ / /

DATED   February 3, 2016   .

s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

s/ Emily E. Cooper
Emily E. Cooper, #030100
**Blatt Hasenmiller Leibsker & Moore**
2702 N. 3rd St Ste 2010
Phoenix, AZ 85004

Attorney for Defendant
  Blatt Hasenmiller Leibsker & Moore

s/  Michael R. Ayers
Michael R. Ayers, #024318
Randy J. Aoyama, #020096
**Hinshaw & Culbertson LLP**
2375 East Camelback Road, Suite 750
Phoenix, AZ 85016-3424

Attorneys for Defendants
  Midland Funding LLC and
  Midland Credit Management, Inc.