NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gordon H. Moye, *et al.*, | No. CV-15-00931-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Midland Funding LLC, *et al.*, | |
| Defendants. | |

Upon stipulation of the parties (Doc. 42), and good cause appearing;

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 4th day of February, 2016.

_____
Honorable John J. Tuchi
United States District Judge